FILED
CLERK, U.S. DISTRICT COURT
MAR 30 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Sergio Renteria del Castillo Defendant. | Case No.: CR 99-186<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the C.D.Cal. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on immigration status; multiple aliases

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _Criminal history; gang affiliation_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 30, 2010

_/s/ Carla M. Woehrle_
UNITES STATES MAGISTRATE JUDGE

CARLA M. WOEHRLE